## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: TESTOSTERONE | : | |
| REPLACEMENT THERAPY | : | Case No.: 1-14-cv-01748 |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2545 |
| | : | |

**This document relates to: 1:16-cv-00703, John J. Borreca v. AbbVie Inc. et al.**

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff John J. Borreca, by and through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) hereby gives noticed that he is voluntarily dismissing his claims against Defendants AbbVie Inc.; Abbott Laboratories; AbbVie Products LLC; Unimed Pharmaceuticals, LLC; Solvay, S.A.; Besins Healthcare, Inc.; and Besins Healthcare, S.A. without prejudice.

Respectfully Submitted,

Dated: July 22, 2016
/s/ T. Matthew Leckman_____
T. Matthew Leckman (PA 92241)
Pogust Braslow & Millrood LLC
161 Washington Street, Suite 940
Conshohocken, PA 19428
(T) 610-941-4204
(F) 610-941-4245
mleckman@pbmattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2016, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will automatically serve and send a notice of electronic filing to all registered attorneys of record.

/s/ T. Matthew Leckman_____
T. Matthew Leckman